STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant, HERNANDEZ-LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00900-EJD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| vs. | |
| MARCO HERNANDEZ-LARA, | |
| Defendant. | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant MARCO HERNANDEZ-LARA ("Mr. Hernandez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from April 22, 2013, to June 24, 2013, at 1:30 p.m.

1. On December 7, 2011, Mr. Hernandez was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, Mr. Hernandez elected to decline the offer of a fast-track plea disposition and on January 29, 2013, he changed his plea to guilty before this Honorable Court. The sentencing hearing was scheduled for April 22, 2013.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 11-00900-EJD                                   1

3. Counsel for Mr. Hernandez has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission. As a result, Counsel has not been able to prepare and file objections to the draft Presentence Report ("PSR") or a sentencing position paper on Mr. Hernandez' behalf.

4. Additionally, the case was only recently reassigned to Special Assistant United States Attorney Meredith Edwards, following the departure from the United States Attorney's Office of previous government counsel, and she needs adequate time to familiarize herself with the case and to prepare for sentencing.

5. Accordingly, the parties respectfully request that the sentencing hearing be continued from April 22, 2013, to June 24, 2013, at 1:30 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: April 5, 2013      /S/ _____
                          ROBERT M. CARLIN
                          Assistant Federal Public Defender

UNITED STATES ATTORNEY

Dated: April 5, 2013      /S/_____
                          MEREDITH EDWARDS
                          Special Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 11-00900-EJD                2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant, HERNANDEZ-LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00900-EJD |
| Plaintiff, ) | **[PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. ) | |
| MARCO HERNANDEZ-LARA, ) | |
| Defendant. ) | |

1. On December 7, 2011, Mr. Hernandez was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, Mr. Hernandez elected to decline the offer of a fast-track plea disposition and on January 29, 2013, he changed his plea to guilty before this Honorable Court. The sentencing hearing was scheduled for April 22, 2013.

3. Counsel for Mr. Hernandez has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission. As a result, Counsel has not been able to prepare and file objections to the draft Presentence Report ("PSR") or a sentencing position paper on Mr. Hernandez' behalf.

///

1    4. Additionally, the case was only recently reassigned to Special Assistant United States Attorney Meredith Edwards, following the departure from the United States Attorney's Office of previous government counsel, and she needs adequate time to familiarize herself with the case and to prepare for sentencing.

5. For the above stated reasons, the sentencing hearing shall be continued to June 24, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 4/5/2013

HON. EDWARD J. DAVILA
United States District Judge